NOVEMBER 17, 1958.

No. 101. VITARELLI *v.* SEATON, SECRETARY OF THE INTERIOR, ET AL. Certiorari, 358 U. S. 871, to the United States Court of Appeals for the District of Columbia Circuit. The motion to substitute Barbara Bates Gunderson as a party respondent for Christopher H. Phillips is granted. *Clifford J. Hynning* for petitioner. *Solicitor General Rankin* for respondents.

No. 246. ARROYO *v.* UNITED STATES. Certiorari, 358 U. S. 812, to the United States Court of Appeals for the First Circuit. The motion of petitioner for leave to proceed *in forma pauperis* is granted. *Robert W. Meserve* for petitioner.

No. 378. ANONYMOUS Nos. 6 AND 7 *v.* ARKWRIGHT, SUPREME COURT JUSTICE OF NEW YORK. Appeal from the Court of Appeals of New York. Further consideration of the question of jurisdiction is postponed to the hearing of the case on the merits. *Raphael H. Weissman* for appellants. *Denis M. Hurley* for appellee.

No. 316, Misc. ORTEGA *v.* RAGEN, WARDEN; and
No. 342, Misc. IN RE MEDLIN. Motions for leave to file petitions for writs of habeas corpus denied.

No. 54, Misc. HORSLEY *v.* ALVIS, WARDEN. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari is denied.